UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT LOMACK,<br><br>    Plaintiff,<br><br>v.<br><br>J. R. BENEFIELD, et al.,<br><br>    Defendants. | Case No. 16-03140 EJD (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants, and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:** 8/31/2017

EDWARD J. DAVILA
United States District Judge

Judgment
PRO-SE\EJD\CR.16\03140Lomack_judgment